UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEPHEN NYLEN,

    Plaintiff,

v.

CITY OF GRAND RAPIDS and
BARRY BRYANT,

    Defendants
_____/

CASE NO. 1:17-CV-716

HON. ROBERT J. JONKER

## ORDER

This matter is before the Court on Defendants' Motion to Dismiss (ECF No. 16) and Plaintiff's Motion for Preliminary Injunction (ECF No. 12). Based on all matters of record, and for the reasons stated in detail in open court during the hearing, the Court finds that neither party is entitled to the relief it seeks.

**ACCORDINGLY, IT IS ORDERED**:

1. Defendants' Motion to Dismiss (ECF No. 16) is **DENIED**.

2. Plaintiff's Motion for Preliminary Injunction (ECF No. 12) is **DENIED**.

3. Defendants' Answer to the Second Amended Complaint is due no later than January 4, 2017.

Dated:   December 14, 2017          /s/ Robert J. Jonker
                                                              ROBERT J. JONKER
                                                              CHIEF UNITED STATES DISTRICT JUDGE